IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| BRIDGET RODGERS,<br><br>Plaintiff,<br><br>vs.<br><br>SMITH'S FOOD & DRUG CENTERS, INC., J&I MAINTENANCE, INC., J&S CLEANING LLC, and DOES 1-4<br><br>Defendants. | CV 23-70-M-DWM<br><br><br>ORDER |

The parties having moved for clarification regarding the Joint Discovery Plan filing deadline,

IT IS ORDERED that the motion (Doc. 15) is GRANTED. The correct deadline for the parties to file is September 13, 2023.

DATED this ____ day of July, 2023.

_____
Donald W. Molloy, District Judge
United States District Court

1