IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| BRIDGET RODGERS., <br><br>　　　　　Plaintiffs, <br><br>vs. <br><br> SMITH'S FOOD & DRUG CENTERS, INC., J&I MAINTENANCE, INC., J&S CLEANING LLC, and DOES1-4, <br><br>　　　　　Defendants. | CV 23-70-M-DWM <br><br><br> ORDER |

　　　Defendants have filed an Unopposed Motion to Allow Remote Participation in Settlement Conference for the person with "ultimate settlement authority" in this matter. (Doc. 45). Accordingly, and good cause appearing,

　　　IT IS ORDERED that Defendants' Motion (Doc. 45) is GRANTED. Brian Wilson of Nationwide Insurance Company and the individual with ultimate settlement authority for J&S Cleaning LLC may appear via at the Settlement Conference on May 31, 2024, via Zoom. The Clerk of Court will notify

//

//

//

1

counsel via e-mail of the meeting ID and password in advance of the hearing.

**Zoom Guidance and Setup available at: https://www.mtd.uscourts.gov/zoom-hearings**.

DATED this 15th day of April, 2024.

_____
Kathleen L. DeSoto
United States Magistrate Judge